**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC., ) | Case No.: 12-CV-00832-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER DENYING STIPULATED |
| ) | REQUEST TO CONTINUE CASE |
| MIASOLE, INC., ) | MANAGEMENT CONFERENCE |
| ) | |
| Defendant. ) | |
| ) | |

The Court is unavailable on June 27, 2012, and July 4, 2012, is a Court holiday. Accordingly, the parties' stipulated request to continue the June 13, 2012 case management conference to June 27, 2012, is DENIED.  By Tuesday, June 12, 2012, at noon, the parties shall file their joint case management conference statement, or alternatively, a stipulation to continue the June 13 case management conference to June 20, 2012.

**IT IS SO ORDERED.**

Dated: June 11, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 12-cv-00832-LHK
ORDER DENYING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE