UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC., | Case No.: 12-CV-00832-LHK |
| Plaintiff, | |
| v. | ORDER TO FILE CONSENT TO MAGISTRATE JUDGE |
| MIASOLE, INC., | |
| Defendant. | |

On June 22, 2012, Plaintiff Solannex, Inc. ("Plaintiff") filed a consent to proceed before Magistrate Judge Paul S. Grewal for all purposes. *See* ECF No. 27. Defendant MiaSole, Inc. ("Defendant") has represented that it consents to proceed before Magistrate Judge Grewal for all purposes, but has not yet filed a consent form. Accordingly, by June 26, 2012, Defendant shall file its consent. Upon such filing, the Court shall refer this matter for reassignment to Magistrate Judge Grewal for all purposes.

**IT IS SO ORDERED.**

Dated: June 25, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-cv-00832-LHK
ORDER TO FILE CONSENT TO MAGISTRATE JUDGE