UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIASOLE, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: C 12-832 PSG <br><br> **CASE MANAGEMENT ORDER** |

On August 7, 2012, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the case is stayed for 40 days from the date of the case management conference.

Dated: 9.14.12

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: C 12-832 PSG
ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: C 12-832 PSG
ORDER