EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
MICHAEL A. MOLANO (SBN 171057)
mmolano@mayerbrown.com
CLIFF A. MAIER (SBN 248858)
cmaier@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306
Tel:  (650) 331-2000
Fax:  (650) 331-2061

VINCENT J. CONNELLY (*Pro Hac Vice* to be filed)
vconnelly@mayerbrown.com
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711

*Attorneys for Defendant*
MiaSolé, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MIASOLÉ, INC., a California corporation,<br><br>Defendant. | Case No. 5:11-cv-00171-PSG<br>Case No. 5:12-cv-00832-PSG<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [~~PROPOSED~~] ORDER GRANTING SUBSTITUTION OF COUNSEL**<br><br>Judge:     Hon Paul S. Grewal<br>Location:  Courtroom 5 |

1   **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2   WHEREAS, subject to (i) the transfer of all files relating to the above-captioned

3   litigations ("Litigations") from Former to New Counsel (both defined below), and (ii) review of

4   those case files by New Counsel, New Counsel intends to substitute as counsel of record in the

5   Litigations;

6   NOTICE is hereby given that, subject to approval by the Court, Defendant MiaSolé, Inc.,

7   hereby substitutes its counsel of record in this litigation as follows:

8   <u>Former Counsel</u>

9   Quinn Emmanuel Urquhart & Sullivan, LLP with offices at 555 Twin Dolphin Drive, 5th

10  Floor, Redwood Shores, California 94065, including the following attorney associated with that

11  firm who has appeared in this action:  Claude M. Stern (SBN 96751).

12  <u>New Counsel</u>

13  Mayer Brown LLP, with offices at Two Palo Alto Square, Suite 300, 3000 El Camino

14  Real, Palo Alto, California, including the following individual attorney associated with that firm:

15  Michael A. Molano (SBN 171057).

16

17  The Substitution of Attorney is hereby approved and is so ORDERED.

18

19  Dated:  November 14, 2012          By:  /s/ Paul S. Grewal
                                            The Honorable Paul S. Grewal
20                                          United States Magistrate Judge

21  The undersigned consent to the substitution.

22

23  Dated:  November 12, 2012          MIASOLÉ, INC.

24
                                       By: /s/ John Carrington
25                                         John Carrington

26                                     Chief Executive Officer
                                       MIASOLÉ, INC.
27

28

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER;
CASE NO. 5:11-CV-00171-PSG; CASE NO. 5:12-CV-00832-PSG

703850752.2

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 12, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | | |
| 4 | | By: /s/ Claude M. Stern<br>      Claude M. Stern |
| 5 | | Former Attorneys for Defendant MIASOLÉ, INC. |
| 6 | | |
| 7 | Dated: November 12, 2012 | MAYER BROWN LLP |
| 8 | | By: /s/ Michael A. Molano<br>      Michael A. Molano |
| 9 | | |
| 10 | | New Attorneys for Defendant MIASOLÉ, INC. |

*Filer's Attestation: Pursuant to Civil L.R. 5-1(i)(3), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

-2-
NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER;
CASE NO. 5:11-CV-00171-PSG; CASE NO. 5:12-CV-00832-PSG

703850752.2