UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SOLANNEX, INC., | ) | Case No.: C 12-00832 PSG |
| Plaintiff, | ) ) ) | **CASE MANAGEMENT ORDER** |
| v. | ) ) | |
| MIASOLE, INC., | ) ) | |
| Defendants. | ) ) | |

On November 13, 2012, the parties appeared for a status conference. Based on the discussions held at the conference,

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is January 18, 2013.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that the parties shall participate in private mediation.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Last Day for Rule 26(f) Conference. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Complete

Last Day for Rule 26(a) Initial Disclosures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Complete

Initial Case Management Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Complete

Case No. C 12-00832 PSG
CASE MANAGEMENT ORDER

| | |
|---|---|
| Last Day for Plaintiff's Disclosure of Asserted Claims and Infringement Contentions (Patent L.R. 3-1) and Related Documents (Patent L.R. 3-2) | Dec. 7, 2012 |
| Last Day for Defendant's Invalidity Contentions (Patent L.R. 3-3) and Related Document Production (Patent L.R. 3-4) | Dec. 21, 2012 |
| Last Day for the Exchange of Proposed Terms and Claim Elements for Construction (Patent L.R. 4-1(a)) | Jan. 11, 2013 |
| Last Day for the Exchange of Preliminary Proposed Claim Construction and Extrinsic Evidence (Patent L.R. 4-2) | Jan. 18, 2013 |
| Last Day to File Joint Claim Construction Statement (Patent L.R. 4-3) | Jan. 25, 2013 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | Feb. 15, 2013 |
| Last Day to Exchange Opening Claim Construction Briefs (Patent L.R. 4-5(a)) | Feb. 22, 2013 |
| Last Day to Exchange Responsive Construction Briefs (Patent L.R. 4-5(b)) | March 8, 2013 |
| Last Day to Exchange Reply Claim Construction Brief (Patent L.R. 4-5(c)) | March 22, 2013 |
| Tutorial and Claim Construction Hearing | 10:00 a.m. on April 10, 2013 |
| Last Day to File Further Joint Case Management Report | 30 days after claim construction ruling |
| Last Day for Advice of Counsel Disclosure | 50 days after claim construction ruling |
| Fact Discovery Cutoff | July 12, 2013 |
| Last Day to Designate Opening Experts and Serve Reports | July 26, 2013 |
| Last Day to Designate Rebuttal Experts and Serve Reports | August 9, 2013 |
| Expert Discovery Cutoff | August 23, 2013 |
| Last Day to File Discovery Motions | *See* Civil Local Rule 37-3 |
| Last Day for Dispositive Motion Hearing[1] | 10:00 a.m. on September 24, 2013 |
| Final Pretrial Conference | 2:00 p.m. on October 29, 2013 |
| Trial | 9:30 a.m. on November 11, 2013 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

Case No. C 12-00832 PSG
CASE MANAGEMENT ORDER

of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: 11/16/2012

                                         *Paul S. Grewal*
                                         PAUL S. GREWAL
                                         United States Magistrate Judge

---

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

Case No. C 12-00832 PSG
CASE MANAGEMENT ORDER