EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
MICHAEL A. MOLANO (SBN 171057)
mmolano@mayerbrown.com
CLIFF A. MAIER (SBN 248858)
cmaier@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Tel:   (650) 331-2000
Fax:  (650) 331-2061

VINCENT J. CONNELLY (admitted *Pro Hac Vice*)
vconnelly@mayerbrown.com
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711

*Attorneys for Defendant*
MiaSolé, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>MIASOLÉ, INC., a California corporation,<br><br>  Defendant. | Case No. 5:12-cv-00832-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON MIASOLÉ'S MOTION TO STAY (CIVIL LOCAL RULE 6-2)**<br><br>Judge:   Hon Paul S. Grewal<br>Ctrm:    5 |

Plaintiff Solannex, Inc. and defendant Miasolé, Inc., by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Miasolé filed a Motion to Stay ("Motion") in the above-captioned action on December 31, 2012 (Dkt. No. 58);

WHEREAS, the Motion is set to be heard on February 5, 2013;

WHEREAS, under the current case schedule, the following deadlines ("Markman Deadlines") will occur before the Motion is heard on February 5, 2013 and/or before the end of March 2013:

| | |
|---|---|
| Miasolé's invalidity contentions due | January 11, 2013 |
| Parties exchange proposed terms and claim elements for construction | January 11, 2013 |
| Parties exchange proposed claim construction | January 18, 2013 |
| Parties' joint claim construction statement due | January 25, 2013 |
| Claim construction discovery cutoff | February 15, 2013 |
| Parties exchange opening Markman briefs | February 22, 2013 |
| Parties exchange responsive Markman briefs | March 8, 2013 |
| Parties exchange reply Markman briefs | March 22, 2013 |

WHEREAS, in exchange for Solannex's agreement on the expedited briefing and hearing schedule, Miasolé agreed that it will not seek to modify these deadlines before the Court rules on the Motion;

WHEREAS, the parties wish to brief and the Court to hear the Motion on an expedited basis because if the Court ultimately grants the Motion, the Parties may receive an Order in advance of various Markman Deadlines;

NOW, THEREFORE, the parties agree and stipulate that:

(1)   Solannex will file its opposition to the Motion on or before January 11, 2013;

(2)   Miasolé will file its reply in support of the Motion on or before January 16, 2013; and

(3)   The Motion will be heard on January 22, 2013.

IT IS SO STIPULATED.

Dated: January 2, 2013                                    MAYER BROWN LLP

                                                         By: /s/ Michael A. Molano
                                                                 Michael A. Molano

                                                         Attorneys for Defendant
                                                         MIASOLÉ, INC.


Dated: January 2, 2013                                    DORSEY & WHITNEY LLP

                                                         By: /s/ Gregory S. Tamkin
                                                                 Gregory S. Tamkin

                                                         Attorneys for Plaintiff
                                                         SOLANNEX, INC.


*Filer's Attestation: Pursuant to Civil L.R. 5-1(i)(3), the filer hereby attests that the signatory(ies)'s concurrence in the filing of this document has been obtained.*

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Miasolé's Motion to Stay will be heard on January 22, 2013.  Solannex shall file its opposition by January 11, 2013, and Miasolé shall file its reply by January 16, 2013.

Dated: January 3, 2013

                                                         _____
                                                         Honorable Paul S. Grewal
                                                         United States Magistrate Judge